UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DOBSON BROTHERS CONSTRUCTION COMPANY,**

    **Plaintiff,**

v.                                                                           **Case No: 8:13-cv-1553-T-27MAP**

**ARR-MAZ PRODUCTS, L.P.,**

    **Defendant.**

_____/

## ORDER

**BEFORE THE COURT** is Defendant Arr-Maz Products, L.P.'s Renewed Motion to Dismiss (Dkt. 51). Upon review of these filings, the assigned United States Magistrate Judge issued a Report and Recommendation (Dkt. 68) recommending that Defendant's Motion be denied as to Plaintiff's implied warranty claims (Counts Two and Three) and granted as to Plaintiff's Nebraska Deceptive Trade Practices Act claim (Count Six). Neither party filed objections and the time in which to do so has passed. Upon consideration, the Report and Recommendation is adopted as the opinion of the Court.

A district court may accept, reject or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of specific objections, there is no requirement that factual findings be reviewed *de novo*, and the court may accept, reject or modify, in whole or in part, the findings and recommendations. § 636(b)(1)(C); *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Legal conclusions are reviewed *de novo*, even in the absence of an objection. *See LeCroy v. McNeil*, 397 Fed. Appx. 554, 556 (11th Cir. 2010) (citing *United States v. Warren*, 687 F.2d 347,

348 (11th Cir. 1982)); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

Accordingly,

1. The Report and Recommendation (Dkt. 68) is **ADOPTED** as the opinion of the Court for all purposes, including for appellate review.

2. Defendant Arr-Maz Products, L.P.'s Renewed Motion to Dismiss (Dkt. 51) is **GRANTED in part** and **DENIED in part**.

3. Count Six of Plaintiff's Amended Complaint is **DISMISSED** *with prejudice.*

4. Defendant shall answer the Amended Complaint within **ten (10) days** of the date of this Order.

**DONE AND ORDERED** this 8th day of January, 2014.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record